**S. M. Newcum, appellee, v. O. L. Bartlett, appellant.**

Assumpsit on contract for purchase of logs. Judgment for plaintiff. Appeal from the Circuit Court of Pulaski county; the Hon. William N. Butler, Judge, presiding. Heard in this court at the March term, 1924. Reversed with finding of fact. Opinion filed July 7, 1924.

C. S. Miller, for appellant. Fred Hood, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

---

**Nellie Holland, appellee, v. East St. Louis Railway Company, appellant.**

Action on case for personal injury. Judgment for plaintiff. Appeal from the City Court of East St. Louis; the Hon. William F. Borders, Judge, presiding. Heard in this court at the April term, 1924. Affirmed. Opinion filed July 7, 1924. *Certiorari* denied by Supreme Court (making opinion final).

McGlynn & McGlynn, for appellant. S. W. Baxter and McCawley Baird, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. Lee Ragland, plaintiff in error.**

Conviction of unlawfully manufacturing and selling intoxicating liquor. Error to the County Court of Williamson county; the Hon. A. D. Morgan, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed July 7, 1924.

John L. Fowler and Rufus Neely, for plaintiff in error. D. L. Duty, for defendant in error.

Mr. Justice Higbee delivered the opinion of the court.

---

**D. H. Cummins, appellee, v. Fort Dearborn Casualty Underwriters, appellant.**

Action upon policy of automobile insurance. Judgment for plaintiff. Appeal from the Circuit Court of Saline county; the Hon. A. E. Somers, Judge, presiding. Heard in this court at the March term, 1924. Affirmed. Opinion filed July 7, 1924.

Murphy O. Tate and Miley & Combe, for appellant. Fowler & Rumsey, for appellee.

Mr. Justice Higbee delivered the opinion of the court.

---

**The First National Bank of Flora, Illinois, appellant, v. J. L. Harrell, appellee.**

Judgment by confession opened and judgment rendered for defendant. Appeal from the Circuit Court of Clay county; the Hon. William B. Wright, Judge, presiding. Heard in this court at the March term, 1924. Affirmed. Opinion filed July 7, 1924.

H. W. Shriner and Jas. H. Smith, for appellant. Rose & McCollum, for appellee.

Mr. Justice Higbee delivered the opinion of the court.